# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| BETTY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION FILE |
| | ) | 1:22-CV-00232-SDG |
| THE KROGER CO.; VETS | ) | |
| SECURING AMERICA, INC.; | ) | |
| JOHN DOE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT VETS SECURING AMERICA, INC.'S
## STATEMENT OF UNDISUPTED MATERIAL FACTS

COMES NOW Defendant Vets Securing America, Inc. (hereinafter "VSA"), and pursuant to Fed. R. Civ. P. 56 and N.D. Ga. LR 56.1(B) files its Statement of Undisputed Material Facts, showing the Court as follows:

### 1.

On December 7, 2019, Plaintiff Betty Jones drove her 2016 Red Mercedes SUV to the Kroger store located at 6678 Covington Highway, Lithonia, Georgia 30058 to purchase some flowers. (Complaint, ¶¶ 1, 16; Deposition of Plaintiff Betty Jones ("Plf. Dep."), p. 14:3-10).[1]

---

[1] Plaintiff's deposition was previously entered into evidence by Defendant The Kroger Company. *See* Doc. 22-1.

2.

Plaintiff drove her vehicle down an aisle in front of the store and pulled into a parking space just before 5:00 p.m. (Plf. Dep, pp. 14:11-14, 18:11-15).

3.

After parking her car, Plaintiff exited the vehicle and walked down the aisle to the front of the store, carrying her car keys in her right hand. (Plf. Dep., pp. 18:16-18, 41:4-10, 42:2-6).

4.

Plaintiff was followed by a black car driven by a twenty-year old male, with a seventeen-year-old male and nineteen-year-old female in the back seat. (Plf. Dep., pp. 16:18-22, 19:11-14, 32:12-19, 40:10-20).

5.

As Plaintiff approached the curb or landing to the store, the seventeen-year-old exited the black car and grabbed Plaintiff's car keys. (Complaint, ¶ 18; Plf. Dep., pp. 20:2-15, 25:15-25).

6.

The seventeen-year-old then got back into the black car, and the car drove down the next aisle and backed into a parking space which was one space away from Plaintiff's car. (Plf's Dep., p. 22:4-9).

7.

When her keys were taken, Plaintiff did not to run into the store to ask for help; instead, she ran back down the aisle towards her car. (Plf. Dep., pp. 22:10-12, 43:1-5).

8.

Plaintiff approached the black car, and said, "Give me my keys back." (Plf. Dep., p. 22:13-18).

9.

The seventeen-year-old in the back of the black car pointed a double barrel shotgun out of the car window at Plaintiff and said, "Get back lady or I will shoot you." (Plf. Dep., pp. 17:4-11, 23:1-5).

10.

The black car then pulled out of the parking space and drove off. (Plf. Dep., p. 24:2-10).

11.

Plaintiff stayed near her car and started talking to strangers who said they witnessed what had happened. (Plf. Dep., pp. 24:11-16, 29:2-19, 30:2-12).

12.

While Plaintiff was talking to the strangers, the black car returned and backed into the same parking space it was in before. (Plf. Dep., pp. 29:25-30:1,

31:18-32:9).

13.

The seventeen-year-old male and the nineteen-year-old female then exited the black car without saying anything, got into Plaintiff's SUV, and drove away. (Plf. Dep., pp. 32:24-34:13).

14.

There was a security patrol car with green lights flashing operated by VSA in the store parking lot. (Plf. Dep., p. 31:2-5).

15.

The three thieves were arrested after the incident. (Plf. Dep., pp. 15:5-7, 16:5-17).

16.

Plaintiff was not physically injured in the incident. (Plf. Dep. p. 39:6-13; Plaintiff's Responses to Defendant's Interrogatories, verified in deposition at pages 5-6, No. 16)[2]

17.

Plaintiff has no knowledge of the terms of the security contract between Kroger and VSA. (Plf. Dep., p. 91:3-8).

---

[2] Plaintiff's interrogatory responses were previously entered into evidence by Defendant The Kroger Company. *See* Doc. 22-2.

18.

VSA owed no duties to Plaintiff as a third-party beneficiary. (Master Services Agreement)

This 21st day of July, 2022.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Lauren E.H. Meadows*
Stephen M. Schatz
Georgia Bar No. 628840
Lauren E. H. Meadows
Georgia Bar No. 575757
*Attorneys for Defendant Vets Securing America, Inc.*

1355 Peachtree Street, N.E.
Suite 300
Atlanta, GA 30309
(404) 874-8800
steve.schatz@swiftcurrie.com
lauren.meadows@swiftcurrie.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served **DEFENDANT VETS SECURING AMERICA, INC.'S STATEMENT OF UNDISPUTED MATERIAL FACTS** by e-filing the same using the ECF system, which will automatically notify the following counsel of record

M. Cordele Rolle
The Cordele Firm, Inc.
5815 Live Oak Parkway, Suite A
Norcross, GA 30093

T. Ryan Mock, Jr.
Hawkins Parnell & Young, LLP
303 Peachtree Street, Suite 4000
Atlanta, GA 30326

Matthew Moffett
Gailya M. Scott
Gray, Rust, et al.
950 East Paces Ferry Road, Suite 1700
Atlanta, Georgia 30326

Respectfully submitted this 21st day of July, 2022.

SWIFT, CURRIE, McGHEE & HIERS, LLP

**_/s/ Lauren E.H. Meadows_**
Stephen M. Schatz
Georgia Bar No. 628840
Lauren E. H. Meadows
Georgia Bar No. 575757
*Attorneys for Defendant Vets Securing America, Inc.*

1355 Peachtree Street, N.E.
Suite 300
Atlanta, GA 30309
(404) 874-8800
steve.schatz@swiftcurrie.com
lauren.meadows@swiftcurrie.com

4865-7435-5754, v. 2